**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

    VS                                                             CASE NO.  5:95CR5032LAC

RAYMOND DANIELS

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   January 14, 2008
Motion/Pleadings:  MOTION UNDER 18 U.S.C. 3582(c)(2) FOR REDUCTION OF SENTENCE BASED ON RETRO ACTIVE GUIDELINE AMENDMENT, EFFECTIVE NOVEMBER 1, 2007, CONCERNING COCAINE BASE ("CRACK")
Filed by  DEFENDANT PRO SE          on 12/27/2007          Doc.# 141

RESPONSES:
BY GOVERNMENT                      on 1/14/2008          Doc.# 142
                                    on                    Doc.#

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)          Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 16th day of January, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) Without prejudice.  The retroactive application does not become effective until 3 March 2008.*

                                                                *s/L.A. Collier*
                                                      *LACEY A. COLLIER*
                              *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.