## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

UNITED STATES OF AMERICA

   VS                                                                           CASE NO. 5:95CR5032LAC

RAYMOND DANIELS

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on January 29, 2008

Motion/Pleadings: MOTION TO RECONSIDER HOLDING DEFENDANT'S PREVIOUSLY FILED "MOTION UNDER 18 U.S.C. § 3582©)(2)" MOTION UNTIL MARCH 3, 2008

Filed by DEFENDANT PRO SE      on 1/28/2008      Doc.# 144

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)       Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 1st day of February, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) _____*

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.