# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA

    VS                                      CASE NO.  5:95cr5032LAC

RAYMOND DANIELS

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on ____March 5, 2008_____

Motion/Pleadings:__MOTION UNDER TITLE 18 U.S.C. § 3582(c)(2) for Reduction of
Sentence__Based on Retroactive Guideline Amendment, Effective 11/1/07, concerning cocaine
base ("crack")_____

Filed by_DEFENDANT PRO SE_____ on_2/29/08_____ Doc.# _148_____

RESPONSES:

_____ on _____ Doc.# _____

_____ on _____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.

_____ Unopposed    _____ Consented

                          WILLIAM M. McCOOL, CLERK OF COURT

_____         *s/Mary Maloy* _____

LC (1 OR 2)            Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 6th day of
March, 2008, that:*

*(a) The relief requested is* **DENIED. MOOT.**

*(b) Sentence has been reduced. (Doc. 146).*

                          *s/L.A. Collier* _____

                           **LACEY A. COLLIER**
               **Senior United States District Judge**

Entered On Docket: _____ By: ____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____